WESTERN UNION HOLDINGS, INC.,
Western Union Financial Services,
Inc., and Integrated Payment Systems,
Inc., Plaintiff–Appellees,

v.

EASTERN UNION, INC., EU Financial Services, Inc., Young Choe (individually and doing business as Check Cash Plus), Evian Group, Inc., and Eric Young, Defendants–Appellants.

No. 2008–1049.

United States Court of Appeals,
Federal Circuit.

Oct. 25, 2007.

GAJARSA, Circuit Judge.

ON MOTION

*ORDER*

The court considers whether this appeal should be transferred to the United States Court of Appeals for the Eleventh Circuit.

Eastern Union, Inc. et al. appeal from a decision of the United States District Court for the Northern District of Georgia granting Western Union Holdings, Inc. et al.'s motion for summary judgment. It appears that the underlying matter involved a trademark infringement claim and is not within this court's limited jurisdiction. *See* 28 U.S.C. § 1295.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 14 days of the date of filing of this order, this appeal will be transferred to the United States Court of Appeals for the

Eleventh Circuit pursuant to 28 U.S.C. § 1631.